UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHANTAL LANDMAN,                                 :
                                                 :
                Plaintiff,        :          24-CV-6712 (VSB) (OTW)
                                                 :
           -against-                       :          **SCHEDULING ORDER**
                                                 :
THE PRUDENTIAL INSURANCE COMPANY OF              :
AMERICA,                                         :
                                                 :
                Defendant.        :
                                                 :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 31.

The parties' motion to adjourn the January 22, 2025, conference is **GRANTED.** The January 22 conference is hereby **ADJOURNED** to **Wednesday, February 12, 2025 at 4:00 p.m.**

Please call Chambers at (212) 805-0260 when all counsel are on the same line.

The Clerk of Court is respectfully directed to close ECF 31.

**SO ORDERED.**

                                                                      _s/ Ona T. Wang_

Dated: January 17, 2025                                     **Ona T. Wang**
       New York, New York                          United States Magistrate Judge